■ In the Matter of WILLIAMSBURG INDEPENDENT PEOPLE, INC., Appellant, v ROBERT B. TIERNEY, Respondent. [938 NYS2d 5]

The court properly dismissed the petition seeking to compel respondent to present petitioner's Request For Evaluation (RFE), since "there is no statutory requirement that [respondent] adhere to a particular procedure in determining whether to consider a property for designation" (*Matter of Citizens Emergency Comm. to Preserve Preserv. v Tierney*, 70 AD3d 576, 577 [2010], *lv denied* 15 NY3d 710 [2010]). Accordingly, the decision as to whether an RFE should be calendared is a discretionary action and thus mandamus to compel is not an available remedy. Moreover, contrary to petitioner's contention, the Landmarks Preservation Commission is not obligated under 63 RCNY 1-02 to hold a public hearing before declining to calendar a request for the property's designation as a landmark (*see Matter of Landmark West! v Burden*, 15 AD3d 308, 309 [2005], *lv denied* 5 NY3d 713 [2005]). Concur—Tom, J.P., Friedman, DeGrasse, Richter and Manzanet-Daniels, JJ. **[Prior Case History: 2010 NY Slip Op 32838(U).]**